**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERRON FIELDS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN DOE #1, et al.,** | : | **NO.    14-4573** |
| **Defendants.** | : | |

## O R D E R

**AND NOW,** this 4th day of June, 2015, upon consideration of defendant's motion

to dismiss (Doc. No. 15) and plaintiff's response thereto (Doc. No. 19), it is hereby

**ORDERED** that the motion is **GRANTED**, as explained in the accompanying

memorandum. The plaintiff's antitrust claims and embezzlement claim are **DISMISSED**

**WITH PREJUDICE**. The plaintiff's remaining claims are **DISMISSED WITHOUT**

**PREJUDICE**.

The plaintiff is granted leave to file a second amended complaint. The plaintiff may

file a second amended complaint within **thirty (30) days** of the date this Order is entered.[1]

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The plaintiff should cure the deficiencies noted in the accompanying memorandum.